IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **GARLAND MORGAN, et al.,** § | |
| **individually and on behalf of all others** § | |
| **similarly situated,** § | |
| *Plaintiffs*, § | |
| § | **MO:15-CV-73-DC** |
| **v.** § | |
| § | |
| **RIG POWER, INC., M3P ENERGY,** § | |
| **LLC, and MICHAEL MAYER,** § | |
| *Defendants*. § | |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

BEFORE THE COURT is Plaintiffs Garland Morgan, Ruben Ramirez, Jorge Pinedo, David Duron, and Alfelio Martinez—individually and on behalf of all others similarly situated—and Defendants Rig Power, Inc. and Michael Mayer's Joint Motion to Approve Confidential Settlement and Stipulation of Dismissal with Prejudice. (Doc. 90). The Court previously granted Defendant M3P Energy, LLC's Motion for Summary Judgment. (Doc. 84 at 29). Now, Plaintiffs and the remaining Defendants have reached a settlement and request that the Court approve their Settlement Agreement and dismiss the case with prejudice. (Doc. 90 at 8).

The Court has reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 91-1). Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that the Joint Motion for Approval of Settlement is **GRANTED**, and the Settlement Agreement is **APPROVED**.  (Docs. 90, 91-1).

It is further **ORDERED** that all pending motions are **DENIED** as moot.

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, with costs of court and attorney's fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 30th day of May, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE